# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>SWOPE, JEFFREY GORDON<br><br>Debtor | Case No. 19-41019<br>Chapter 7 |

## TRUSTEE'S NOTICE OF INTENT TO ABANDON NON-EXEMPT ASSETS

**YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS PLEADING. YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU MUST FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.**

**NO HEARING WILL BE CONDUCTED ON THIS NOTICE UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

COMES NOW Mark A. Weisbart, Trustee, and pursuant to 11 U.S.C. § 554(a) files this Notice of Intent to Abandon Non-Exempt Assets and in support hereof, would show the Court as follows:

1. In connection with his duties in this case, Trustee has evaluated all non-exempt assets of this case, including all entities scheduled by the Debtor, and all claims and causes of action held by the bankruptcy estate, and has determined these assets have no or nominal value to the bankruptcy estate and that such assets should be abandoned.

2. Pursuant to 11 U.S.C. § 554(a), unless a timely objection to this Notice is filed pursuant to Rule 6007 of the Rules of Bankruptcy Procedure, this Notice of Abandonment shall become automatically effective.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICE OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, TX 75251
(972) 628-4903 Phone
mark@weisbartlaw.net

CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served on the parties listed on the attached mailing matrix either through the Court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid this 12th day of May 2020.

/s/ Mark A. Weisbart
Mark A. Weisbart

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 19-41019<br>Eastern District of Texas<br>Sherman<br>Tue May 12 11:09:26 CDT 2020 | Weldon Reed Allmand<br>Allmand Law Firm, PLLC<br>860 Airport Freeway, Suite 401<br>Hurst, TX 76054-3264 | Aubrey M Boelsche Estate<br>2001 Parker Lane, # 125<br>Austin, TX 78741-3847 |
| Bank of America<br>4909 Savarese Circle<br>FL1-908-01-50<br>Tampa, FL 33634-2413 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Shannon Swope Barnett<br>5600 W. Lovers Ln. #116-172<br>Dallas, TX 75209-4330 |
| Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Cavalry Portfolio Services<br>ATTN: Bankruptcy Department<br>500 Summit Lake Ste 400<br>Valhalla, NY 10595-2322 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Convergent Outsourcing, Inc.<br>Attn: Bankruptcy<br>PO Box 9004<br>Renton, WA 98057-9004 | (p)FIDELITY INFORMATION CORPORATION<br>PO BOX 3963<br>GLENDALE CA 91221-0963 | Gregory D Wright<br>Charles R Billings, PC<br>14901 Quorum DR, # 525<br>Dallas, TX 75254-6754 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | J. Richard Tubb<br>Tubb Law Firm<br>Preston Commons West<br>88117 Preston Rd, Suite 300<br>Dallas, TX 75225 | Herman A. Lusky<br>5473 Blair Rd.<br>Dallas, TX 75231-2328 |
| Probate Court Number 3<br>Renaissance Tower<br>1201 Elm St, # 2200-B<br>Dallas, TX 75270-2121 | Shannon S Barnett<br>5600 W, Lovers Lane, Suite 116-172<br>Dallas, TX 75209-4330 | Southwest Credit Systems<br>4120 International Parkway<br>Suite 1100<br>Carrollton, TX 75007-1958 |
| Jeffrey Gordon Swope<br>3211 Topanga Canyon Dr<br>Denton, TX 76210-3132 | Travis County District Court<br>Travis County Court House<br>1000 Guadalupe<br>PO Box 679003<br>Austin, TX 78767-9003 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United States Attorney General<br>Main Justice Building, Rm 5111<br>10th & Constitution Ave<br>NW Washington D.C. 50230 | United States Attorney's Office<br>110 North College Avenue, Suite 700<br>Tyler, Texas 75702-0204 |
| United States Trustee's Office<br>110 North College Avenue, Suite 300<br>Tyler, Texas 75702-7231 | Mark A. Weisbart<br>The Law Office of Mark A. Weisbart<br>12770 Coit Road, Suite 541<br>Dallas, TX 75251-1366 | Wesley P. Mc Guffey<br>Hance Scarborough, LLP<br>400 W. 15th Street, Ste 950<br>Austin, TX 78701-1696 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Fidelity Information C
Po Box 49938
Los Angeles, CA 90049


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Mark A. Weisbart                 End of Label Matrix
The Law Office of Mark A. Weisbart   Mailable recipients    26
12770 Coit Road, Suite 541           Bypassed recipients     1
Dallas, TX 75251-1366                Total                  27